

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Riocan America Management Inc. as Managing Agent for Las Palmas Dunhill, L.P., and Las Palmas Riocan LP f/k/a Las Palmas Dunhill, L.P., | § | No. 08-17-00074-CV |
| | § | Appeal from the |
| | § | 384th District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2014DCV0623) |
| Mirka L. Serrato d/b/a Ay Tenampa and Serrma, LLC, | § | |
| Appellee. | § | |
| | § | |

# **O RDER**

On April 10, 2017 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On April 18, 2017 Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall now be filed in this Court on or before May 18, 2017.

IT IS SO ORDERED this 18th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.